UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF NEW YORK
────────────────────────────────────────────

UNITED STATES OF AMERICA,

v.                                                                  5:16-CR-00336(BKS)

JOSHUA MICHAEL FURBECK
────────────────────────────────────────────

**APPEARANCES:**

Richard S. Hartunian
United States Attorney
Miroslav Lovric
Assistant United States Attorney
15 Henry Street
319 Federal Building
Binghamton, NY 13901

Lisa Peebles
Federal Public Defender
Northern District of New York
Randi J. Bianco
Assistant Federal Public Defender
4 Clinton Square
3rd Floor
Syracuse, NY 13202

**Hon. Brenda K. Sannes, United States District Judge:**

### ORDER

On January 13, 2017, Defendant Joshua Michael Furbeck pleaded guilty to threatening a federal law enforcement officer, in violation of 18 U.S.C. § 115(a)(1)(B) and threatening a member of the immediate family of a federal law enforcement officer, in violation of 18 U.S.C. § 115(a)(1)(A). Defendant has been detained since November 10, 2016, the date of his arrest. (Dkt. No. 6).

On May 9, 2017, after reviewing the Final Presentence Investigation Report (Dkt. No. 32), the Court issued the following Text Order:

> The Court has reviewed the Final Presentence Report. Based on the information in this report, the Court is considering whether "there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility" under 18 USC 4244(a) and whether to order that a psychiatric or psychological examination of the defendant be conducted (18 USC 4244(b)) and hold a hearing under 18 USC 4244(d). The parties and the Probation Office are directed to submit a letter informing the Court of their position regarding this issue by May 23, 2016.

(Dkt. No. 33).

On May 10, 2017, the Government filed a letter stating that in its view "there is more than sufficient information and facts in the Pre-Sentence Report to warrant the issuance of an order" under 42 U.S.C. § 4244(b) directing that Defendant undergo a psychological/psychiatric examination. (Dkt. No. 34). On May 11, 2017, Defendant filed a letter opposing such an order. (Dkt. No. 37). On May 12, 2017, the Probation Office filed a letter stating:

> there is reasonable cause to believe the defendant may presently be suffering from a mental disease or defect, which requires care or treatment in a suitable facility. The Probation Office believes the examination and hearing are fully supported by the information contained in the Final Presentence Investigation Report and in the Second Addendum to the Report.

(Dkt. No. 42).

Having reviewed the Final Presentence Investigation Report and the Second Addendum to the Report, (Dkt. No. 40), the Court is "of the opinion that there is reasonable cause to believe that the defendant may presently be suffering from a mental disease or defect for the treatment of which he is in need of custody for care or treatment in a suitable facility." 18 U.S.C. § 4244(a). Thus, the Court finds that a mental examination and hearing concerning Defendant's mental

condition are warranted prior to sentencing. *Id*. at § 4244(b) ("Prior to the date of the hearing, the court may order that a psychiatric or psychological examination of the defendant be conducted, and that a psychiatric or psychological report be filed with the court, pursuant to the provisions of section 4247(b) and (c)."). The Court therefore commits Defendant "to be examined for a reasonable period, but not to exceed thirty days . . . to the custody of the Attorney General for placement in a suitable facility." 18 U.S.C. § 4247(b). The examining psychiatrist or psychologist shall conduct an examination and prepare and file a report in accordance with the provisions outlined in 18 U.S.C. § 4247(b) and (c). If the examiner concludes that "that the defendant is presently suffering from a mental disease or defect but that it is not such as to require his custody for care or treatment in a suitable facility, the report shall also include an opinion by the examiner concerning the sentencing alternatives that could best accord the defendant the kind of treatment he does need." 18 U.S.C. § 4244(b). Once the examination is complete and the report has been filed, the Court will schedule a hearing. 18 U.S.C. § 4244(c).

**IT IS SO ORDERED.**

Dated:  May 12, 2017

Brenda K. Sannes
U.S. District Judge